IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
**Case No.** 5:18-cv-443-FL

JASON BARRETT DEAN )
)
Plaintiff(s), )
)
vs )
)
DUSTIN MATTHEW KAROFFA, et al. )
Defendant(s). )

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Dustin Matthew Karoffa__ who is __Defendant__,
(name of party)                    (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯           NO ●

2. Does party have any parent corporations?

   YES ◯           NO ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯           NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ⦿

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯      NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ Rodney E. Pettey

Date: 11/13/2018

[Finalize Form]    [Reset Form]

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing was served on the following parties to this action by: ( ) Federal Express ( ) hand delivery (x) by depositing a copy of the same in the United States Mail postage prepaid and addressed to:

Robert E. Whitley, Esq.
rew@whitleylawfirm.com
Ann C. Ochsner, Esq.
aco@whitleylawfirm.com
Whitley Law Firm
3301 Benson Drive, Suite 120
Raleigh, NC 27609
*Attorneys for Plaintiff*

This the 13th day of November, 2018.

/s/ Rodney E. Pettey
RODNEY E. PETTEY
North Carolina State Bar No.: 17715
JUSTIN M. OSBORN
North Carolina State Bar No.: 41493
*Attorneys for Defendants*
**YATES, McLAMB & WEYHER, L.L.P.**
P.O. Box 2889
Raleigh, NC 27602-2889
Tel: (919) 835-0900; Fax: (919) 835-0910
rpettey@ymwlaw.com
josborn@ymwlaw.com